In the Matter of MIKIA H. and Another. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MONIQUE K., Appellant.

In the Matter of NOREON K. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MONIQUE K., Appellant.

Submitted December 13, 2010; decided February 15, 2011

Motion, insofar as it seeks leave to appeal from the Appellate Division order that affirmed the Family Court order denying a motion to vacate, dismissed upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.